# FORM 1. VOLUNTARY PETITION

| United States Bankruptcy Court | VOLUNTARY PETITION |
|---|---|
| **Northern** District of **Illinois** (Western Division) | |

| NAME OF DEBTOR - (If individual, enter Last, First, Middle) Slothower, Terri J. | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by the debtor in the last 6 years (Include married, birth, and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, birth, and trade names) |
| SOC SEC/TAX I.D. NO (If more than one, state all) xxx - xx - 5120 | SOC SEC/TAX I.D. NO (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) 601 S. Memorial Ave. Rockford   IL   61102 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state and zip code) , |
| COUNTY of residence or principal place of business Winnebago | PHONE NUMBER | COUNTY of residence or principal place of business | PHONE NUMBER |
| MAILING ADDRESS OF DEBTOR (If different from Street Address) , | MAILING ADDRESS OF JOINT DEBTOR (If different from Street Address) , |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from address listed above) | |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**VENUE** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of the petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in the District.

| TYPE OF DEBTOR | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| ☒ Individual   ☐ Stockbroker<br>☐ Partnership   ☐ Community Broker<br>☐ Corporation   ☐ Other _____<br>☐ Railroad | ☐ Chapter 7    ☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 12<br>☒ Chapter 13   ☐ Sec 304 - Case ancillary to foreign proceeding |
| NATURE OF DEBT<br>☒ Consumer/Non-Business<br>☐ Business | FILING FEE (Check one box)<br>☐ Filing fee attached<br>☒ Filing fee to be paid in installments |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered as a small business under 11 U.S.C. § 1121(e) (Optional) | Installment payments applicable to individuals only. Must attach signed application for the courts consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

| STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)<br>(Estimates only - Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

ESTIMATED NUMBER OF CREDITORS
☒ 1-15  ☐ 16-49  ☐ 50-99  ☐ 100-199  ☐ 200-999  ☐ 1000-over

ESTIMATED ASSETS (in thousands of dollars)
☒ $0 to $50,000        ☐ $100,001 to $500,000   ☐ $1,000,001 to $10 million   ☐ $50,000,001 to $100 million
☐ $50,001 to $100,000  ☐ $500,001 to $1 million ☐ $10,000,001 to $50 million  ☐ More than $100 million

ESTIMATED LIABILITIES (in thousands of dollars)
☒ $0 to $50,000        ☒ $100,001 to $500,000   ☐ $1,000,001 to $10 million   ☐ $50,000,001 to $100 million
☐ $50,001 to $100,000  ☐ $500,001 to $1 million ☐ $10,000,001 to $50 million  ☐ More than $100 million

| **VOLUNTARY PETITION  PAGE 2** *(This page must be completed and filed in every case)* | Name of Debtor(s): Slothower, Terri J. | FORM B1 |
|---|---|---|

| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet) |||
|---|---|---|
| Location where filed | Case Number | Date Filed |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor | Case Number | Date Filed |
| Relationship | District | Judge |

## SIGNATURES

### SIGNATURE(S) OF DEBTOR(S) (INDIVIDUAL/JOINT)

I declare under penalty of perjury that the information provided in this petition is true and correct. (If Petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Terri J. Slothower
Signature of Debtor

X_____
Signature of Joint Debtor

PHONE NUMBER (If not represented by attorney)
____Sept. 29, 2005____
Date

### SIGNATURE OF ATTORNEY

X  /s/ Zenon J. Bidzinski
Signature of Attorney for Debtor(s)

Zenon J. Bidzinski
PRINTED NAME OF ATTORNEY FOR DEBTOR(S)

Law Office of Zenon J. Bidzinski
FIRM NAME

129 S. Phelps Ave., #814
Rockford, IL  61108
IL Atty. Regis. No. 3126843
ADDRESS

(815) 621-3246;  Fax  (815) 636-8660
TELEPHONE NUMBER
____Sept. 29, 2005____
Date

### SIGNATURE OF DEBTOR (CORPORATION/PARTNERSHIP)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to File this Petition

_____
Date

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e. g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities and Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit "A" is attached and made a part of this petition.

### EXHIBIT B

(To be completed by attorney for individual debtor(s) with primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Zenon J. Bidzinski        Sept. 29, 2005
Signature of Attorney for Debtors        Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiaable harm to public healthor safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110. that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy petition Preparer

_____
Social Security Number

_____
Address                          Tel. No.

Names and Social Security number of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provision of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. § 156.

# United States Bankruptcy Court

### Northern DISTRICT OF Illinois (Western Division)

DEBTOR                                                                                                                   CASE NO.
Slothower, Terri J.                                                                                                       05 -

### NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is extremely complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

**Chapter 7: Liquidation ($209 filing fee)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all of your property. You may claim certain property as exempt under governing law. The trustee then liquidates the property and uses the proceed to pay your creditors according to priorities of the Bankruptcy Code.

3. the purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore you may still be responsible for such debts as certain taxes and student loans, alimony , and support payments, debts fraudulently incurred, debts for willful and malicious injury to a person or property, and debts arising from a drunk driving judgment.

5. Under certain circumstances you may keep property that you have purchased. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of Debts—Regular Income ($194 filing fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except for alimony and support payments, certain kinds of taxes owed for less than three years, certain student loans, court ordered restitution in a criminal case, debts arising from a drunk driving judgment, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee + $30 Admin. Fee)**

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and an individual should consult an attorney before filing a Chapter 11 petition.

**Chapter 12: Family Farmer ($200 filing fee + $30 Admin. Fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

### ACKNOWLEDGEMENT

I hereby certify that I have read this notice on this ____29th____ day of ____September____, __2005__.

Debtor ___/s/ Terri J. Slothower___                                                 Joint Debtor _____

INSTRUCTIONS: A copy of this notice personally signed by the debtor, or by both debtors in a joint case, must accompany any bankruptcy petition filed with the Clerk. Failure to comply may result in the petition not being accepted for filing.

**In Re Chapter 13 Bankruptcy of Terri J. Slothower**
**Sept. 29, 2005**
**Creditor List**

Capital One Bank
4851 Cox Rd.
Glen Allen, VA  23060

Capital One Services
Box 85617
Richmond, VA  23285-5617

EMC Mortgage
511 E. John Carpenter Fwy, #500
Irving, TX  75062-3958

EMC Mortgage Service
P.O. Box 141358
Irving, TX  75014

LaSalle Bank NA
C/o Larson & Nierling
11 S. LaSalle St., #2500
Chicago, IL  60603

Wells Fargo Financial Serv.
1240 Office Plaza Dr.
West Des Moines, IA  50266-2300

Wells Fargo Finance
1115 N. Salem Dr.
Schaumburg, IL  60194

Winnebago County Clerk
404 Elm Street, #101
Rockford, IL  61101

Winnebago County Treasurer
Real Estate Tax Division
P.O. Box 1216
Rockford, IL  61105-1216

# United States Bankruptcy Court

**Northern DISTRICT OF Illinois** (Western Division)

IN RE  Slothower, Terri J.
**name of debtor**

**Case No.** 05 - _____

**Chapter** 13

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors, __9__ in number, is true and correct to the best of his knowledge.

Dated: Sept. 29, 2005

Debtor /s/ Terri J. Slothower

Joint Debtor _____

**Cred NumberFor Verif**    *9*

# United States Bankruptcy Court

### Northern DISTRICT OF Illinois (Western Division)

IN RE Slothower, Terri J.  
**name of debtor**

Bankruptcy Case No. 05 -  
Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C.¶329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this bankruptcy cases is as follows:

   For legal services I have agreed to accept ( for attorney fees, excluding costs) ......................... $2,200.00  
   Prior to the filing of this statement I have received (for attorney fees)...................................... $0.00  
   Balance due ............................................................................................................ $2,200.00

2. The source of the compensation paid to me was: ☒ Debtor  ☐ Other (specify)

3. The source of the compensation to be paid to me is: ☒ Debtor  ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are member or associates of my law firm.  
   ☐ I have agreed to share the above-disclosed compensation with a person(s) who are not members or associates of my law firm. A summary of the agreement, together with a list of the names of the people sharing in the compensation is listed below.

5. In return for the above disclosed fee, I have agreed to render legal service for the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.
   b. Preparation and filing of any petition, schedules, statements, and plan which may be required.
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, an any adjourned hearings thereof;
   d. Representation of the debtor in non-adversary proceedings and other non-contested bankruptcy matters:
   e. (other provisions as needed)  
      The attorney will assist the debtor(s) in carrying out their Statement of Intention. The attorney agrees to provide representation for any 707(B) hearing, but only insofar as the hearing relates to substantial abuse of 5(a) above.

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:  
   Adversary proceedings (attorney will represent client at his hourly rate). Appeals of any kind, including appeals from rulings of bankruptcy court.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

/s/ Zenon J. Bidzinski  
**Attorney for Debtor**

Date: Sept. 29, 2005

Zenon J. Bidzinski  
129 S. Phelps Ave., #814  
Rockford, IL 61108  
IL Atty. Regis. No. 3126843  
(815) 621-3246; Fax (815) 636-8660